UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOELL REED, | 2:11-CV-00564-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| SOCIAL SECURITY DISABILITY, | |
| Defendant. | |

      Before the Court for consideration is Plaintiff Reed's Application to Proceed *In Forma Pauperis* and Complaint (Doc. #1), filed on April 14, 2011. On June 20, 2011, the Honorable Lawrence R. Leavitt United States Magistrate Judge, entered a Report and Recommendation (Doc. #4) recommending that Plaintiff's case be dismissed with prejudice.

      On April 29, 2011, Plaintiff Reed was given instructions to file an Amended Complaint to cure the deficiencies listed by the Court's Order (Doc. #2). Plaintiff was warned that failure to adequately Amend the Complaint by May 30, 2011, may result in dismissal. To date, Plaintiff has failed to comply with this Court's Order (Doc. #2).

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Report and Recommendation should be Affirmed.

///

**IT IS THEREFORE ORDERED that** Magistrate Judge Leavitt's Report and Recommendation (Doc. #4) is **Affirmed** and Plaintiff Joell Reed's case is **DISMISSED** with prejudice.

DATED: July 11, 2011.

_____
PHILIP M. PRO
United States District Judge